**Samuel Williams FEREBEE,**
**Plaintiff–Appellant,**

v.

**Jerry G. MONETTE; George**
**L. Adkins; Ella Bullock,**
**Defendants–Appellees.**

No. 01–6683.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 24, 2001.

Decided Nov. 15, 2001.

Marvin R. Sparrow, Sparrow & Vandenberg, Durham, NC, for appellant. Scott C. Hart, Sumrell, Sugg, Carmichael, Hicks & Hart, P.A., New Bern, NC, for appellees.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Samuel Williams Ferebee appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Ferebee v. Monette,* No. CA–00–87–5–H (E.D.N.C. filed Mar.14, 2001; entered Mar. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*